A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

      Plaintiff(s)　　　　　)　　APPEARANCE
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
          vs.　　　　　　　)　　CASE NUMBER    1:08CV00322
UNITEDHEALTH GROUP INCORPORATED )
and SIERRA HEALTH SERVICES, INC. )
      Defendant(s)　　　)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Arthur N. Lerner__ as counsel in this
                        (Attorney's Name)

case for: __UnitedHealth Group Incorporated and Sierra Health Services, Inc.__
                (Name of party or parties)

__3/5/08__　　　　　　　　　　　　　　　_/s/ Arthur N. Lerner_
Date　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　Arthur N. Lerner
__311449__　　　　　　　　　　　　　　　Print Name
BAR IDENTIFICATION

　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　Washington, DC　　　　20004
　　　　　　　　　　　　　　　　　　　　City　　　State　　　Zip Code

　　　　　　　　　　　　　　　　　　　　202-624-2500
　　　　　　　　　　　　　　　　　　　　Phone Number