UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>UNITEDHEALTH GROUP )<br>INCORPORATED and )<br>SIERRA HEALTH SERVICES, INC. )<br>)<br>Defendants )<br>_____ ) | Case No.: 1:08-cv-00322 |

### REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANT SIERRA HEALTH SERVICES, INC.

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), defendant Sierra Health Services, Inc. ("Sierra Health"), by its attorneys, submit the following description and certification of all written and oral communications by or on behalf of Sierra Health with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on February 25, 2008. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

I. Description

On December 19, 2007 and December 20, 2007, counsel for Sierra Health participated in meetings with employees of the United States Department of Justice concerning a possible settlement. These contacts related to negotiation and timing of a settlement in the general form contained in the proposed Final Judgment or responses to questions from the Department of

Justice. Enclosed below is a list of those individuals who participated in one or more of those meetings.

*Defendant Sierra Health Services, Inc.*

Arthur Lerner, Crowell & Moring LLP

*Defendant UnitedHealth Group*

Michael Mikan, UnitedHealth Group
Thomas Strickland, UnitedHealth Group
Joseph Hafermann, UnitedHealth Group
Forrest Burke, UnitedHealth Group
Thad Johnson, UnitedHealth Group
Jay Warmuth, UnitedHealth Group
Robert Bloch, Mayer Brown LLP
Scott Perlman, Mayer Brown LLP
Steven Holley, Sullivan & Cromwell LLP

*United States Department of Justice*

Thomas Barnett, Antitrust Division
Deborah Garza, Antitrust Division
Joshua Soven, Antitrust Division
Peter Mucchetti, Antitrust Division
Barry Joyce, Antitrust Division
Christopher Hardee, Antitrust Division
Ronald Drennan, Antitrust Division
Ari Gerstle, Antitrust Division

II.    <u>Certification</u>

    Defendant Sierra Health hereby certifies that this description of communications by or on behalf of Sierra Health is true and correct and includes all of the communications about which Sierra Health knows or should have known, and that with this filing, Sierra Health has satisfied the requirements of Section 16(g).

    Respectfully submitted,

*/s/ Arthur N. Lerner*

Arthur N. Lerner (D.C. Bar No. 311449)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Defendant
Sierra Health Services, Inc.

Dated: March 5, 2008

## **CERTIFICATE OF SERVICE**

I, Arthur N. Lerner, hereby certify that, on March 5, 2008, I caused a copy of the foregoing Certification of Defendants pursuant to 15 U.S.C. § 16(g) to be served electronically on the following:

Peter J. Mucchetti, Esq.
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 4000
Washington, DC 20530

_____
Arthur N. Lerner