UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITEDHEALTH GROUP )<br>INCORPORATED and )<br>SIERRA HEALTH SERVICES, INC. )<br>)<br>Defendants. )<br>_____) | Case No.: 1:08-cv-00322 |

**CORRECTED REPORT AND CERTIFICATION OF COMPLIANCE
WITH TUNNEY ACT REQUIREMENTS ON BEHALF
OF DEFENDANT UNITEDHEALTH GROUP INCORPORATED**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), defendant UnitedHealth Group Incorporated ("UnitedHealth"), by its attorneys, submit the following description and certification of all written and oral communications by or on behalf of UnitedHealth with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on February 25, 2008. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

I.   Description

From December 19, 2007 to February 25, 2008, UnitedHealth employees participated in various meetings, telephone conferences and electronic communications with employees of the United States Department of Justice concerning a possible settlement. All of those contacts related to negotiation and timing of a settlement in the general form contained in the proposed

Final Judgment or responses to questions from the Department of Justice. Enclosed below is a list of those individuals who participated in one or more of those meetings, telephone conferences or electronic communications.

*Defendant UnitedHealth Group*

Michael Mikan, UnitedHealth Group
Thomas Strickland, UnitedHealth Group
Joseph Hafermann, UnitedHealth Group
Forrest Burke, UnitedHealth Group
Thad Johnson, UnitedHealth Group
Jay Warmuth, UnitedHealth Group
Robert Bloch, Mayer Brown LLP
Scott Perlman, Mayer Brown LLP
Steven Holley, Sullivan & Cromwell LLP

*Defendant Sierra Health Services, Inc.*

Arthur Lerner, Crowell & Moring LLP

*United States Department of Justice*

Thomas Barnett, Antitrust Division
Deborah Garza, Antitrust Division
Joshua Soven, Antitrust Division
Peter Mucchetti, Antitrust Division
Barry Joyce, Antitrust Division
Christopher Hardee, Antitrust Division
Ronald Drennan, Antitrust Division
Ari Gerstle, Antitrust Division

In addition, on February 25, 2008, Ann Tobin, UnitedHealth Group, contacted Abby Block, U.S. Department of Health & Human Services, Centers for Medicare and Medicaid Services ("CMS"), in order to inform CMS of the general terms of the proposed settlement.

II.  Certification

Defendant UnitedHealth hereby certifies that this description of communications by or on behalf of UnitedHealth is true and correct and includes all of the communications about which UnitedHealth knows or should have known, and that with this filing, UnitedHealth has satisfied the requirements of Section 16(g).

Respectfully submitted,

/s/ Arthur N. Lerner

Arthur N. Lerner (D.C. Bar No. 311449)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Defendant
UnitedHealth Group Incorporated

Dated: March 5, 2008

## CERTIFICATE OF SERVICE

I, Arthur N. Lerner, hereby certify that, on March 5, 2008, I caused a copy of the foregoing Certification of Defendants pursuant to 15 U.S.C. § 16(g) to be served electronically on the following:

>Peter J. Mucchetti, Esq.
>U.S. Department of Justice
>Antitrust Division
>1401 H Street, N.W., Suite 4000
>Washington, DC 20530

*/s/ Arthur N. Lerner*
Arthur N. Lerner

4