AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA )
          Plaintiff(s) )
           )
           )
       vs. )
           )
UNITEDHEALTH GROUP INCORPORATED )
AND SIERRA HEALTH SERVICES, INC., )
           )
          Defendant(s) )

**APPEARANCE**

CASE NUMBER 08-322 (ESH)

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Robert E. Bloch</u> as counsel in this
                              (Attorney's Name)

case for: <u>UnitedHealth Group Incorporated</u>
            (Name of party or parties)

<u>March 14, 2008</u>
Date

<u>175927</u>
Bar Identification

/s/ Robert E. Bloch
Signature

<u>Robert E. Bloch</u>
Print Name

<u>1909 K Street, NW</u>
Address

<u>Washington, D.C.</u>      <u>20006</u>
City    State    Zip Code

<u>(202) 263-3203</u>
Phone Number