AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **APPEARANCE** |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | CASE NUMBER 08-322 (ESH) |
| vs. | ) | |
| | ) | |
| UNITEDHEALTH GROUP INCORPORATED | ) | |
| AND SIERRA HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Scott P. Perlman</u> as counsel in this
(Attorney's Name)

case for: <u>UnitedHealth Group Incorporated</u>
(Name of party or parties)

<u>March 14, 2008</u>                                 *[Signature]*
Date                                                    Signature

<u>412887</u>                                           <u>Scott P. Perlman</u>
Bar Identification                                     Print Name

                                                       <u>1909 K Street, NW</u>
                                                       Address

                                                       <u>Washington, D.C.</u>          <u>20006</u>
                                                       City            State          Zip Code

                                                       <u>(202) 263-3201</u>
                                                       Phone Number