UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED and SIERRA HEALTH SERVICES, INC.,<br><br>Defendants. | Civil No. 1:08-cv-322-ESH |

## NOTIFICATION OF EXTENSION OF DIVESTITURE DEADLINE

As required by Section IV(A) of the proposed Final Judgment and the Hold Separate and Asset Preservation Stipulation and Order in this matter, Plaintiff United States of America hereby notifies the Court that it has granted Defendants UnitedHealth Group Incorporated and Sierra Health Services, Inc. an extension of thirty (30) calendar days to divest the Divestiture Assets. Under this extension, Defendants have until May 12, 2008 to complete the required Divestiture. The extension is necessary so that Defendants can obtain all required approvals for the Divestiture from the Centers for Medicare and Medicaid Services and other governmental units.

Dated: April 10, 2008

Respectfully Submitted,

_/s/ Peter J. Mucchetti_
Peter J. Mucchetti (D.C. Bar # 463202)
Attorney
Litigation I Section - Antitrust Division
United States Department of Justice
1401 H Street NW, Suite 4000
Washington, D.C. 20530
(202) 353-4211; (202) 307-5802 (facsimile)