IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**UNITEDHEALTH GROUP INCORPORATED and SIERRA HEALTH SERVICES, INC.**<br><br>　　　　**Defendants.** | Case No.: 1:08-cv-00322 |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendants UnitedHealth Group Inc. and Sierra Health Services, by counsel, and pursuant to Rule 83.2 of the Rules Governing Attorney Admission, move this Court to enter the order tendered herewith admitting Barbara Helen Ryland and Valerie Hinko O'Such of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, *pro hac vice*. In support of this motion, the undersigned submits herewith the Declarations of Barbara Helen Ryland (Exhibit 1) and Valerie Hinko O'Such (Exhibit 2).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 21, 2008　　　　　　　/s/ Arthur Norman Lerner
　　　　　　　　　　　　　　　　　　　Arthur Norman Lerner (DC Bar #311449)
　　　　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20004-2595
　　　　　　　　　　　　　　　　　　　(202) 624-2500
　　　　　　　　　　　　　　　　　　　(202) 628-5116 (fax)

　　　　　　　　　　　　　　　　　　　Counsel for Defendants

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No.: 1:08-cv-00322 |
| ) | |
| UNITEDHEALTH GROUP ) | |
| INCORPORATED and ) | |
| SIERRA HEALTH SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Motion to Admit Counsel *Pro Hac Vice* of Defendants, UnitedHealth Group Inc. and Sierra Health Services, Inc., and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Barbara Helen Ryland and Valerie Hinko O'Such of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, shall be and hereby are admitted to practice before this Court in connection with the above-captioned matter as co-counsel for Defendants.

Dated:_____    _____

Ellen S. Huvelle, Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2008, I caused copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, accompanying declarations, and Certificate of Service to be delivered via electronic filing to the following attorneys of record in this case:

Mr. Robert E. Bloch
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
Counsel for Defendants

Peter Joseph Mucchetti
U.S. Department of Justice
Antitrust Division
1401 H. Street, N.W., Suite 4000
Washington, D.C. 20530
Counsel for Plaintiff

Scott P. Perlman
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
Counsel for Defendants

/s/ Valerie Hinko O'Such_____
Valerie Hinko O'Such

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITEDHEALTH GROUP )<br>INCORPORATED and )<br>SIERRA HEALTH SERVICES, INC. )<br>)<br>Defendants. )<br>) | Case No.: 1:08-cv-00322 |

**DECLARATION IN SUPPORT OF MOTION
TO ADMIT BARBARA HELEN RYLAND *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules Governing Admission to the Bar of this Court, I hereby declare that:

1. I, Barbara Helen Ryland, am a counsel in the law firm of Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, D.C. 20004, which has been retained as counsel for the Defendants in this case. My phone number is 202-624-2500, and my email address is bryland@crowell.com.

2. I am licensed to practice law in the state of Maryland (Bar ID 8812150367) and in the District of Columbia (Bar ID Number 422584). I was admitted to practice in the state of Maryland in 1988 and in the District of Columbia in 1990.

3. I am a member in good standing of the state of Maryland and the District of Columbia bars. I am not now, nor have I ever been, subject to discipline by the Maryland bar, the District of Columbia bar, or by any other bar.

4.  I have not previously been admitted *pro hac vice* in this Court.

5.  As to all matters arising during or pertaining to the above-captioned case, I hereby consent to be subject to the jurisdiction and rules of this Court to the same extent as if I were fully admitted to practice in this Court.

August 21, 2008

                                        Respectfully submitted,

                                        /s/ Barbara H. Ryland
                                        Barbara H. Ryland (DC Bar # 422584)
                                        Crowell & Moring LLP
                                        1001 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004-2595
                                        (202) 624-2500
                                        (202) 624-5116 (fax)
                                        bryland@crowell.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**           )<br>                                                                 )<br>             **Plaintiff,**                              )<br>                                                                 )<br>     vs.                                                       )<br>                                                                 )      **Case No.: 1:08-cv-00322**<br>**UNITEDHEALTH GROUP**                 )<br>**INCORPORATED and**                         )<br>**SIERRA HEALTH SERVICES, INC.**   )<br>                                                                 )<br>             **Defendants.**                         )<br>                                                                 ) | |

### DECLARATION IN SUPPORT OF MOTION
### TO ADMIT VALERIE HINKO O'SUCH *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules Governing Admission to the Bar of this Court, I hereby declare that:

1. I, Valerie Hinko O'Such, am an associate in the law firm of Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, D.C. 20004, which has been retained as counsel for the Defendants in this case. My phone number is 202-624-2500, and my email address is vosuch@crowell.com.

2. I am licensed to practice law in the District of Columbia (Bar ID Number 472942) and was admitted to that bar in 2001. I also was admitted to practice in the state of Maryland in 1999, said membership having lapsed.

3. I am a member in good standing of the District of Columbia bar. I am not now, nor have I ever been, subject to discipline by the District of Columbia bar, Maryland bar, or by any other bar.

    4.    I have not been admitted *pro hac vice* in this Court within the last two years.

    5.    As to all matters arising during or pertaining to the above-captioned case, I hereby consent to be subject to the jurisdiction and rules of this Court to the same extent as if I were fully admitted to practice in this Court.

August 21, 2008

                            Respectfully submitted,

                            /s/ Valerie Hinko O'Such
                          Valerie Hinko O'Such (DC Bar # 472942)
                          Crowell & Moring LLP
                          1001 Pennsylvania Avenue, N.W.
                          Washington, D.C. 20004-2595
                          (202) 624-2500
                          (202) 624-5116 (fax)
                          vosuch@crowell.com