UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED and<br>SIERRA HEALTH SERVICES, INC.,<br><br>Defendants. | Case No. 1:08-cv-322-ESH |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS
OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

Plaintiff United States of America, by the undersigned attorneys, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA" or "Tunney Act"), the following procedures have been followed in preparation for the entry of the Final Judgment herein:

1. Plaintiff and defendants stipulated to the entry of the proposed Final Judgment on February 25, 2008, and a Hold Separate and Asset Preservation Stipulation and Order ("Stipulation") along with the proposed Final Judgment and Competitive Impact Statement were filed with the Court on February 25, 2008;

2. The Stipulation, proposed Final Judgment, and Competitive Impact Statement were published in the *Federal Register* on March 10, 2008, *see* 73 Fed. Reg. 12762 (2008);

3. A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, for seven days starting on March 16, 2008 and ending on March 22, 2008, and in the *Las Vegas Review-Journal*,

a newspaper of general circulation in Las Vegas, Nevada, for seven days starting on March 8, 2008 and ending on March 14, 2008;

4. Copies of the Stipulation, proposed Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's internet site;

5. On March 5, 2008, defendants UnitedHealth Group Incorporated and Sierra Health Services, Inc. filed with the Court their disclosure statements concerning written or oral communications by or on behalf of the defendants, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

6. The sixty-day comment period for this matter prescribed by 15 U.S.C. § 16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, ended on May 15, 2008;

7. The United States received four public comments on the proposed Final Judgment on May 15, 2008, from the Service Employees International Union Local 1107; the American Medical Association, Nevada State Medical Association, and the Clark County Medical Society; the Honorable Nydia M. Velazquez, Chairwoman, United States House of Representatives Committee on Small Business; and the Honorable Chris Giunchigliani, Commissioner, Board of Commissioners - Clark County, Nevada; and

8. The United States responded to these comments, filing its Response to Public Comments and the public comments with this Court on July 7, 2008, and publishing the Response and the public comments in the *Federal Register* on August 22, 2008, *see* 73 Fed. Reg. 49834 (2008);

9. The parties in this action have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the necessary public-interest determinations required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: August 25, 2008                    Respectfully Submitted,

*Peter J. Mucchetti*
Peter J. Mucchetti (D.C. Bar # 463202)
Barry J. Joyce
Richard S. Martin
Trial Attorneys
Litigation I Section - Antitrust Division
United States Department of Justice
1401 H Street NW, Suite 4000
Washington, D.C. 20530
(202) 353-4211
(202) 307-5802 (facsimile)

AFFP   DISTRICT COURT
Clark County, Nevada

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)   SS:

STACEY M. LEWIS, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

US DEPARTMENT OF JUSTICE,      5142558US                 3660650
ANTITRUST DIV

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 7 edition(s) of said newspaper issued from 03/08/2008 to 03/14/2008, on the following days:

        03/08/2008
        03/09/2008
        03/10/2008
        03/11/2008
        03/12/2008
        03/13/2008
        03/14/2008

[Notary stamp: JANET EILEEN STANEK, Notary Public State of Nevada, No. 06-107924-1, My appt. exp. July 28, 2010]

Signed: _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE
_____ day of ____March____ 2008.

_____
Notary Public

---

**DEPARTMENT OF JUSTICE ANTITRUST DIVISION**

Take notice that a Complaint, proposed Final Judgment, Hold Separate and Asset Preservation Stipulation and Order, and Competitive Impact Statement have been filed with the United States District Court for the District of Columbia in *United States v. United Health Group Incorporated*, Civil Case No. 08-322. On February 25, 2008, the United States filed a Complaint alleging that the proposed acquisition by UnitedHealth Group Incorporated ("United") of Sierra Health Services, Inc. ("Sierra") would violate Section 7 of the Clayton Act, 15 U.S.C. § 18. The Complaint alleges that the acquisition would substantially reduce competition between the two largest health insurers selling Medicare Advantage health insurance plans to senior citizens in the Las Vegas, Nevada area, resulting in higher prices, less choice, and a reduction in the quality of Medicare Advantage plans sold to the Medicare-eligible population. The proposed Final Judgment filed with the Complaint requires the parties to divest United's individual Medicare Advantage line of business in the Las Vegas area to a purchaser that will remain a viable competitor in the market.

A Competitive Impact Statement filed by the United States describes the Complaint, the proposed Final Judgment, and the remedies available to private litigants. Copies of the Complaint, proposed Final Judgment, and Competitive Impact Statement are available for inspection at the Department of Justice, Antitrust Division, Antitrust Documents Group, 325 7th Street, N.W., Room 215, Washington, DC 20530 (202-514-2481), on the Department of Justice's Web site at http://www.usdoj.gov/atr and at the Office of the Clerk of the United States District Court for the District of Columbia. Copies of these materials may be obtained from the Antitrust Division upon request and payment of a copying fee.

Interested persons may address comments to Joshua H. Soven, Chief, Litigation I Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 4000, Washington, D.C. 20530 (202-307-0001) within 60 days of the date of this notice.

PUB: Mar. 8-14, 2008, Incl.
LV Review-Journal

Ad # 10339878    Name US DEPT OF JUSTICE/ANTI TRUS ATTN:  MAUR    Size 68 Lines    T0003
Class 820   PO#             Authorized by                                Account 1010122583

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Nicole McKinney well known to me to be Billing Manager
of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in
The Washington Post, a daily newspaper, upon the following date(s) at a cost of $4,291.28 and was circulated in the Washington metropolitan area.

Published 7 time(s).  Date(s):16,17,18,19,20,21 and 22 of March 2008

Account 1010122583

Witness my hand and official seal this ____ day of _____ 20__

My commission expires _____

NICOLE MORTON-McFADDEN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2011

Department of Justice Antitrust Division   Take notice that a Complaint, proposed Final Judgment, Hold Separate and Asset Preservation Stipulation and Order, and Competitive Impact Statement have been filed with the United States District Court for the District of Columbia in United States v. UnitedHealth Group Incorporated, Civil Case No. 08-322.  On February 25, 2008, the United States filed a Complaint alleging that the proposed acquisition by UnitedHealth Group Incorporated (#United") of Sierra Health Services, Inc. (#Sierra") would violate Section 7 of the Clayton Act, 15 U.S.C. § 18.  The Complaint alleges that the acquisition would substantially reduce competition between the two largest health insurers selling Medicare Advantage health insurance plans to senior citizens in the Las Vegas, Nevada area, resulting in higher prices, less choice, and a reduction in the quality of Medicare Advantage plans sold to the Medicare-eligible population.  The proposed

Ad # 10339878    Name US DEPT OF JUSTICE/ANTI TRUS ATTN:  MAUR    Size 68 Lines         T0004
Class 820   PO#              Authorized by                              Account 1010122583

Final Judgment filed with the Complaint requires the parties to divest United's individual Medicare Advantage line of business in the Las Vegas area to a purchaser that will remain a viable competitor in the market. A Competitive Impact Statement filed by the United States describes the Complaint, the proposed Final Judgment, and the remedies available to private litigants. Copies of the Complaint, proposed Final Judgment, and Competitive Impact Statement are available for inspection at the Department of Justice, Antitrust Division, Antitrust Documents Group, 325 7th Street, N.W., Room 215, Washington, DC 20530 (202-514-2481), on the Department of Justice's Web site at http://www.usdoj.gov/atr, and at the Office of the Clerk of the United States District Court for the District of Columbia. Copies of these materials may be obtained from the Antitrust Division upon request and payment of a copying fee. Interested persons may address comments to Joshua H. Soven, Chief, Litigation I Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 4000, Washington, D.C. 20530 (202-307-0001) within 60 days of the date of this notice.